UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN S. SEEFELDT,<br><br>   Plaintiff,<br><br>  v.<br><br>CHANG NAM KIM; *et al.*,<br><br>   Defendants.<br>_____/ | No. C-12-2843 EMC (pr)<br><br><br>**ORDER OF DISMISSAL** |

  This *pro se* civil action was filed on June 4, 2012, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. The *in forma pauperis* application he filed did not include the required "certified copy of the trust fund account statement (or institutional equivalent) for the

///
///
///
///
///
///
///
///

prisoner for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2). This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The *in forma pauperis* application is **DENIED** because it is incomplete. (Docket # 3.) The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: November 1, 2012

                                       EDWARD M. CHEN
                                       United States District Judge